AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Imprisonment: 20 years; Fine: $250,000; Supervised release: 3 years; and Special assessment: $100

### DEFENDANT - U.S.

▶ FRANCISCO JAVIER URSUA-CISNEROS,

**DISTRICT COURT NUMBER**

CR07-0695  MJJ

FILED
NOV -1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JAMES C. MANN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges
} ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Santa Clara

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... If Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

FRANCISCO JAVIER URSUA-CISNEROS,

CR07-0695 MJJ

DEFENDANT.

---

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this 1st day of Nov, 2007

_____
Clerk

Bail, $ No bail, arrest warrant.
11-1-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 NOV -1  PM 12: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER<br>URSUA-CISNEROS,<br><br>    Defendant. | Criminal No.: CR07-0695<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --<br>Illegal Reentry Following Deportation<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

1.   Prior to November 19, 2005, defendant FRANCISCO JAVIER URSUA-CISNEROS was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.   On or about November 19, 2005, defendant FRANCISCO JAVIER URSUA-CISNEROS was removed, excluded, and deported from the United States.

3.   After November 19, 2005, defendant FRANCISCO JAVIER URSUA-CISNEROS knowingly and voluntarily reentered and remained in the United States.

URSUA-CISNEROS INDICTMENT

4. On or about October 26, 2007, in the Northern District of California, the defendant

FRANCISCO JAVIER URSUA-CISNEROS ,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:    November __, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA J.C. MANN

URSUA-CISNEROS INDICTMENT        2