☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Sarah Weinstein for Ivy Garcia | REPORTER/TAPE NO. FTR 11/2/07 10:24 - 10:30 a.m. | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE WAYNE D. BRAZIL | DATE November 2, 2007 | ☒ NEW CASE | CASE NUMBER CR 07-695 MJJ | |

**APPEARANCES**

| DEFENDANT FRANCISCO URSUA-CISNEROS | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT JOYCE LEVITT | ☒ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY JAMES MANN | INTERPRETER CAROL GLASSER (not needed) | | | FIN. AFFIDAVIT SUBMITTED DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL PARTIAL PAYMENT OF CJA FEES ORDERED | ☐ ☐ ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER AMELIA BERTHELSEN | | | | |

FILED NOV 0 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: No passport |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED $ | | REAL PROPERTY: |
|---|---|---|
| ☐ CASH | ☐ CORPORATE SECURITY | ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| TO: 11/7/2007 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. Wayne D. Brazil | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

**ADDITIONAL PROCEEDINGS**

The Court advised Defendant of his rights, the charges pending against him, and the possible penalties at issue. Defendant stated that he did not have funds sufficient to hire an attorney and that he wanted to be represented by the Federal Public Defender's office. The Court appointed Joyce Levitt and noted that Defendant must fill out a Financial Affidavit. The United States advised that there is an I.C.E. detainer in place. The Court ordered Pretrial Services to do a criminal history check on Defendant. Defendant was ordered to appear before Judge Brazil for status on November 7, 2007, at 10:00 a.m.

Copies: WDB, Stats, Pretrial

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

# Immigration Detainer - Notice of Action

| | |
|---|---|
| | File No. **A77 159 713** |
| | **NOVEMBER 2, 2007** |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| **U.S. Marshals Service** <br> **Oakland, CA.** <br> **Or any subsequent law enforcement agency** <br><br> **To Follow On All Transfers** | U.S. Immigration and Customs Enforcement <br> Detention and Removals <br> 630 Sansome Street <br> San Francisco, CA 94111 (415) 844-5646 |

Name of alien:    **URSUA-Cisneros, Francisco Javier**

CII:  **A10267345**    FBI:  **197229XA0**

Date of birth:  **1/25/1979**         Nationality: **MEXICO**         Sex: **Male**

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____.
    (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
                                                                                                    (Date)

☒ **Deportation or removal from the United States has been ordered.**

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

    **Please return a signed copy via facsimile to**    **(415)   844-5591**
                                                        (Area code and facsimile number)
☒ Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

_Cesar Lopez #3153_                                          Deportation Officer
(Signature of ICE official)                                  (Title of ICE official)

*********************************RECEIPT ACKNOWLEDGED*****************************************

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

    SIGNATURE AND TITLE OF OFFICIAL: _____                      Form I-247 (Rev. 4-1-97)N