UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:  MARTIN J. JENKINS**

**Date**: November 29, 2007

**Case No:** CR 07-00695 MJJ

**Case Title**: UNITED STATES v. FRANCISCO URSUA-CISNEROS (present, I/C)

**Appearances:**

    For the Government: James Mann

    For Defendant(s): Joyce Leavitt

**Interpreter:**                                                             **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa             **Court Reporter**: Sylvia Russo

### *PROCEEDINGS*

1. Status - held

### *SUMMARY*

- The matter is continued to **Friday, 12/21/07 @ 2:30 PM (Oak) for Status or Change of Plea**.
- Time is excluded until Dec. 21, 2007 for effective preparation of counsel.