1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant URSUA-CISNEROS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                        )   No. CR 07-0695 MJJ
12                      Plaintiff,      )
                                        )   STIPULATION AND [PROPOSED]
13       v.                             )   ORDER CONTINUING STATUS
                                        )   DATE AND EXCLUSION OF TIME
14                                      )
                                        )
15 FRANCISCO JAVIER URSUA-CISNEROS,     )
                                        )
16                      Defendant.      )

17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date

19 or change of plea date in this case, currently scheduled for Friday, December 21, 2007, before

20

21 Honorable Martin J. Jenkins, may be continued to Friday, January 18, 2007, at 2:30 p.m. for status

22 or change of plea. The reason for the continuance is that defense counsel is unavailable on

23 December 21, 2007 and government counsel will be unavailable from January 8 through January 18,

24 2008. Furthermore, defense counsel needs additional time to continue with its investigation prior to

25 the change of plea. Should the Court continue the matter to January 18, 2008, it should provide

26

U.S v. Ursua-Cisneros, CR 07-0069 MJJ
Stip. Continuing Status/Change of Plea Date         - 1 -

1  enough time for counsel to complete its investigation and be prepared to resolve the case. The
2  parties stipulate that the time from December 21, 2007, to January 18, 2008, should be excluded in
3  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for
4  continuity of counsel and adequate preparation of counsel.

DATED: 12/17/07

JOYCE LEAVITT   /S/
Assistant Federal Public Defender

DATED: 12/17/07

JAMES C. MANN   /S/
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Friday, December 21, 2007, before Honorable Martin J. Jenkins, may be continued to ~~Friday, January 18, 2007,~~ at 2:30 p.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from December 21, 2007, to January 18, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:

HONORABLE MARTIN J. JENKINS
United States District Judge