1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant URSUA-CISNEROS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0695 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| FRANCISCO JAVIER URSUA-CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or change of plea date in this case, currently scheduled for Thursday, February 7, 2008, before Honorable Martin J. Jenkins, may be continued to Friday, March 14, 2008, at 2:30 p.m. for change of plea and sentencing.  The reason for the continuance is that defense counsel is unavailable on February 7, 2008 and then from February 14 through February 24, 2008.  Should the Court continue the matter to March 14, 2008, it will provide enough time for the parties to resolve the case.  The parties stipulate that the time from February 7, 2008 to March 14, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

continuity of counsel and adequate preparation of counsel.

DATED:   February 4, 2008         _____
                                   JOYCE LEAVITT        /S/
                                   Assistant Federal Public Defender

DATED:   February 5, 2008         _____
                                   JAMES C. MANN        /S/
                                   Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for February 7, 2008, before Honorable Martin J. Jenkins, may be continued to Friday, March 14, 2008, at 2:30 p.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from February 7, 2008 to March 14, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:                            _____
                                   HONORABLE MARTIN J. JENKINS
                                   United States District Judge