1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant URSUA-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0695 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| FRANCISCO JAVIER URSUA-CISNEROS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or change of plea date in this case, currently scheduled for Thursday, February 7, 2008, before Honorable Martin J. Jenkins, may be continued to Friday, March 14, 2008, at 2:30 p.m. for change of plea and sentencing. The reason for the continuance is that defense counsel is unavailable on February 7, 2008 and then from February 14 through February 24, 2008. Should the Court continue the matter to March 14, 2008, it will provide enough time for the parties to resolve the case. The parties stipulate that the time from February 7, 2008 to March 14, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

1  continuity of counsel and adequate preparation of counsel.

2  DATED:     February 4, 2008                    _____
3                                                 JOYCE LEAVITT     /S/
                                                  Assistant Federal Public Defender

4  DATED:     February 5, 2008                    _____
5                                                 JAMES C. MANN     /S/
                                                  Assistant United States Attorney
6

7      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

8

9
                                    **ORDER**
10

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this

12 case, currently scheduled for February 7, 2008, before Honorable Martin J. Jenkins, may be

13 continued to Friday, March 14, 2008, at 2:30 p.m. for change of plea and sentencing.

14     IT IS FURTHER ORDERED that the time from February 7, 2008 to March 14, 2008, should

15 be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

16 and (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the

17 ends of justice served by the granting of the continuance outweigh the best interests of the public and

18 the defendant in a speedy and public trial and the failure to grant the requested continuance would

19

20 unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

21 account due diligence.

22     SO ORDERED.

23 DATED:  2/6/2008                               _____
24                                                HONORABLE MARTIN J. JENKINS
                                                  United States District Judge
25

26

*U S v. Ursua-Cisneros*, CR 07-0069 MJJ
Stip. Continuing Change of Plea Date          - 2 -