UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**              Courtroom Clerk:  **Monica Narcisse**

Date:  **March 14, 2008**      [**2:29 - 2:32 pm**]              Court Reporter: **Diane Skillman**

Case No:   **CR07-00695-1 MJJ**

DEFENDANT:   **FRANCISCO URSUA-CISNEROS**   (**x**) Present   () Not Present   (**x**) In Custody

AUSA:   **James C. Mann**         DEF ATTY:   **Joyce Leavitt**

Interpreter:        Probation Officer:

TYPE FOR HEARING:   **Status**


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- **AUSA must check with Judge Alsup regarding pending Form 12 issue.**


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **March 20, 2008 at 1:00 p.m. (SF)**       for    **Status and/or Change of Plea & Sentencing**


BASIS TO EXCLUDE TIME GRANTED FOR:   **Effective preparation**    Thru   **3/20/2008**


JUDGMENT:


Notes: