1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3680
7  Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-07-00695 MJJ |
| Plaintiff, | ) | |
| | ) | Indictment Filed On November 1, 2007 |
| v. | ) | |
| | ) | |
| FRANCISCO JAVIER | ) | |
| URSUA-CISNEROS, | ) | |
| | ) | (Oakland Venue) |
| | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. CR-04-00207 WHA |
| | ) | |
| v. | ) | Petition for Arrest Warrant for Offender |
| | ) | Under Supervision Filed On January 2, 2008 |
| FRANCISCO JAVIER | ) | |
| URSUA-CISNEROS, | ) | **NOTICE OF RELATED CASE** |
| | ) | **IN A CRIMINAL ACTION** |
| | ) | |
| Defendant. | ) | |
| | ) | (San Francisco Venue) |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

that the two above-captioned criminal cases are related. The single-count indictment in Case No.

NOTICE OF RELATED CASES
U.S. v. FRANCISCO JAVIER URSUA-CISNEROS

1  CR-07-00695 MJJ filed on November 1, 2007 involves the same defendant and events as the
2  charges in the Petition for Arrest Warrant for Offender under Supervision ("Petition") in Case
3  No. 04-00207 WHA pending before Honorable William Alsup.  The indictment stems from the
4  defendant's alleged illegal reentry into the United States.  The same alleged illegal reentry forms
5  the basis for the defendant's alleged violations of his supervised release as set forth in the
6  Petition in Case No. 04-00207 WHA.  The parties in Case No. CR-07-00695 MJJ were unaware
7  of the Petition in Case No. 04-00207 WHA until March 12, 2008.  The next appearance in Case
8  No. CR-07-00695 MJJ is set for Thursday, March 20, 2008 at 1:00 p.m. before Honorable Martin
9  J. Jenkins; the matter is set for status or change of plea and sentencing.

10     Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)
11 because they involve the same defendant and the same or similar events.  Furthermore, the cases
12 are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, they
13 would likely involve substantial duplication of labor by the two judges.

14     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
15 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
16 efficient determination of each action.

18 Date: March 18, 2008                          Respectfully Submitted,

19                                              JOSEPH P. RUSSONIELLO

21                                              _____/s/_____
22                                              JAMES C. MANN
                                                Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. FRANCISCO JAVIER URSUA-CISNEROS