1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant URSUA-CISNEROS

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,              )
12                                         )    No.   CR  04-0207 WA
                            Plaintiff,     )          CR  07-0695 MJJ
13                                         )
14          v.                             )    STIPULATION AND [PROPOSED]
                                           )    ORDER CONTINUING DATE AND
15                                         )    EXCLUSION OF TIME
    FRANCISCO JAVIER URSUA-CISNEROS,       )
16                                         )
                            Defendant.     )
17  _____)

18

19          IT IS HEREBY STIPULATED, by and between the parties to this action, that the next court

20  date in this case, currently scheduled for Tuesday, March 25, 2008, at 2:00 p.m., before Honorable

21  William Alsup, may be continued to Tuesday, April 8, 2008, at 2:00 p.m. for change of plea and

22  revocation hearing and disposition.  The background is that Mr. Ursua-Cisneros has been charged in

23  a new indictment with a violation of 8 U.S.C. §1326 in CR 07-0695 MJJ and also has a pending

24  supervised release violation matter in CR 04-0207 WA.  The parties are working on a global

25  disposition to address both matters.  Defense counsel is unavailable on Tuesday, March 25, 2008.
26

1   Should the Court continue the matter to April 8, 2008, it will provide adequate time for the parties to

2   finalize the plea agreement in order to resolve both cases on that date.  The parties stipulate that the

3   time from March 25, 2008, to April 8, 2008, should be excluded in accordance with the provisions of

4   the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

5

6                                                              /S/
7   DATED:      March 24, 2008         _____
                                        JOYCE LEAVITT
8                                       Assistant Federal Public Defender

9
                                                              /S/
10  DATED:      March 24, 2008         _____
11                                      JAMES C. MANN
                                        Assistant United States Attorney
12

13

14                          SIGNATURE ATTESTATION

15       I hereby attest that I have on file all holograph signatures for any signatures indicated by

16  a "conformed" signature (/S/) within this e-filed document.

17

18

19

20

21

22

23

24

25

26

1
2

# ORDER

3       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date in this case,

4   currently scheduled for March 25, 2008, may be continued to Tuesday, April 8, 2008, at 2:00 p.m.

5   for change of plea and revocation hearing and disposition.

6       IT IS FURTHER ORDERED that the time from March 25, 2008 to April 8, 2008, should be

7
8   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

9   (B)(iv) for adequate preparation of counsel so that the parties can finalize the agreement to resolve

10  both cases.  The Court finds that the ends of justice served by the granting of the continuance

11  outweigh the best interests of the public and the defendant in a speedy and public trial and the failure

12
13  to grant the requested continuance would unreasonably deny counsel the reasonable time necessary

    for effective preparation, taking into account due diligence.

14
15      SO ORDERED.

16  DATED:                          _____

17                                  HONORABLE WILLIAM ALSUP
                                    United States District Judge
18
19
20
21
22
23
24
25
26