**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 8, 2008

Case No.: CR 04-0207 WHA
CR 07-0695 WHA

Title: UNITED STATES -v- FRANCISCO JAVIER URSUA-CISNEROS (custody)

Appearances:

For the Government: James Mann

For the Defendant(s): Joyce Levitt

Deputy Clerk: Dawn Toland Court Reporter: Jim Yeomans

**PROCEEDINGS**

1) Trial Setting/Plea - HELD

2) ______

Case continued to **4/29/08 at 2:00pm** for Further Status

Time is Excluded from today until 4/29/08.

**ORDERED AFTER HEARING:**

Parties are going to attempt to reach a disposition on the Indictment.