UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 6, 2008

Case No.:  CR 04-0207 WHA
           CR 07-0695 WHA

Title:  UNITED STATES -v- FRANCISCO JAVIER URSUA-CISNEROS (custody)

Appearances:
    For the Government:  James Mann

    For the Defendant(s):  Joyce Levitt

Interpreter: n/a                    Probation Officer: Christine Magnasco

Deputy Clerk:  Dawn Toland          Court Reporter:  Kathy Powell

**PROCEEDINGS**

1)  Change of Plea - NOT HELD

2)  

Case continued to **5/13/08 at 2:00pm**   for Change of Plea/Violation

**ORDERED AFTER HEARING:**

Defendant request a continuance to have additional time to review the plea agreement.