**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

**FILED**

**MAY 1 4 2008**

**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Date: May 13, 2008

Case No.:  CR 04-0207 WHA
            CR 07-0695 WHA

Title:  UNITED STATES -v- FRANCISCO JAVIER URSUA-CISNEROS (custody)

Appearances:
    For the Government: Wade Rhyne for James Mann

    For the Defendant(s): Joyce Levitt

Interpreter: n/a            Probation Officer: Cheryl Simone for Sharon Alberts

Deputy Clerk: Dawn Toland       Court Reporter:   Jim Yeomans

**PROCEEDINGS**

1)   Change of Plea - HELD _____

2) _____

Case continued to  **7/23/08 at 2:00 pm**  for Sentencing

**ORDERED AFTER HEARING:**

CR07-0695 WHA:

Parties filed a plea agreement. Defendant entered a guilty plea to count one of the Indictment.
Probation referral form given to the probation officer.

CR04-0207 WHA:

Defendant admitted charges 1, 2, and 3 in the Form 12 filed on 1/2/08. Defendant shall return on
7/23/08 for sentencing in both cases.