United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

FRANCISCO JAVIER URSUA-CISNEROS,

                    Defendant.
_____/

No. CR 07-00695 WHA
    CR 04-00207 WHA

**CLERK'S NOTICE
RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

        YOU ARE NOTIFIED THAT the Sentencing previously set for July 23, 2008 at 2:00

p.m. has been rescheduled for **July 23, 2008 at 1:30 p.m.**, before the Honorable William Alsup.

Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate

Avenue, San Francisco, CA  94102.

Dated:   July 22, 2008                           FOR THE COURT,

                                                 Richard W. Wieking, Clerk

                                                 By:_____
                                                     Dawn Toland
                                                     Courtroom Deputy to the
                                                     Honorable William Alsup