UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

**FILED**

**JUL 2 3 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: July 23, 2008

Case No.:  CR 07-0695 WHA
           CR 04-0207 WHA

Title:  UNITED STATES -v- FRANCISCO JAVIER URSUA-CISNEROS (custody)

Appearances:
   For the Government: James Mann

   For the Defendant(s): Joyce Levitt

Interpreter: n/a                    Probation Officer: Cheryl Simone

Deputy Clerk: Dawn Toland            Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Sentencing - HELD

2) _____

Case continued to __ for Status

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 77 months in **CR07-695WHA** and to 21 months in **CR04-207WHA**. The terms shall run concurrently. The defendant is placed on supervised release for a term of 3 years in CR07-695, with the following special conditions: 1) comply with rules and regulations of the Bureau of Immigration and Customs; 2) not possess any firearms; 3) check voicemail daily; 4) not possess any false id and provide true id; 5) cooperate in collection of DNA; 6) pay special assessment of $100 immediately, thru the BOP Inmate Financial Responsibility Program. No Fine is imposed.